GARY J. VALERIANO (Bar No. 89644)
  gjv@amclaw.com
MARK J. KRONE (Bar No. 219806)
  mk@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard
Suite 4000
Los Angeles, California 90017-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant XL SPECIALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HRN SERVICES INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XL SPECIALTY INSURANCE COMPANY, an Illinois corporation, doing business in California; DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01085<br><br>**DEFENDANT XL SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |

**TO THE CLERK OF THIS COURT:**

**PLEASE TAKE NOTICE** that Defendant XL SPECIALTY INSURANCE COMPANY ("XL") hereby removes to the United States District Court, Central District of California, the state court action styled "*HRN SERVICES, INC., vs. XL SPECIALTY INSURANCE COMPANY*" bearing Case No. BC688864, which action was filed in the Superior Court of the State of California, County of Los Angeles, and served on XL on January 12, 2018.

I. **GROUNDS FOR REMOVAL**

1. This Court has original jurisdiction of this action under 28 U.S.C. § 1332, on the basis of diversity, and this action may be removed by XL pursuant to

1. 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

2. On January 2, 2018, Plaintiff HRN SERVICES, INC. ("HRN") commenced an action against XL in the Superior Court of the State of California, County of Los Angeles, bearing Case No. BC688864.

3. A true and correct copy of the "*Complaint for Breach of Contract*" (the "Complaint") and all other papers, process, pleadings and orders served upon XL, is attached as "Exhibit A" to the attached Declaration of Gary J. Valeriano ("Valeriano Dec.").

4. On January 12, 2018, HRN completed service upon XL.

5. The Complaint alleges one cause of action for breach of contract, which arises from arising from XL's allegedly wrongful failure to return unused premium payment.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. 1446(b) since it is filed within 30 days of service of the Summons and Complaint on XL.

## II. DIVERSITY JURISDICTION EXISTS IN THIS MATTER

7. This case may be removed pursuant to 28 U.S.C. § 1441(a) because complete diversity exists between HRN, on the one hand, and XL, on the other hand, and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332.

### A. Amount in Controversy Exceeds $75,000

8. The amount in controversy necessary to establish jurisdiction under 28 U.S.C. § 1332 is met because, although HRN does not allege a specific amount of damages in the Complaint, HRN has demanded in prior communications that XL return $139,920 in allegedly "unused premium." HRN has further sought from XL a reduction on its letter of credit in excess of $75,000. (McGinn Dec. ¶ 2, Ex. B.) Therefore, HRN's demand for payment of $139,920 for unused premium and its demand that XL reduce the letter of credit by more than $75,000 demonstrate that

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

the amount in controversy exceeds the $75,000 statutory threshold.

## B. Diversity of Citizenship

9. At ¶ 1 of the Complaint, HRN alleges it is "a California corporation with its principal place of business in Los Angeles, California." HRN is thus a citizen of California.

10. XL is a Delaware corporation, and has its principal place of business in Stamford, Connecticut. (Complaint ¶ 2; Request for Judicial Notice ¶ A; Valeriano Dec. ¶ 3; Exs. C & D.) XL is thus a citizen of Delaware and Connecticut.

11. The citizenship of Defendant Does 1 to 20 is disregarded for removal purposes. 28 U.S.C. §1441(b)(1).

12. There exists complete diversity because HRN, on the one hand, and XL, on the other hand, are citizens of different states. *See, e.g., Hertz Corp. v. Friend*, 559 U.S. 77, 93, 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010).

## III. VENUE

13. 28 U.S.C. §1441(a) provides that "any civil action brought in a State may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action was pending."

14. HRN filed this action in the Los Angeles Superior Court. According to 28 U.S.C. §84(c)(2), this Court embraces the county of Los Angeles and therefore is the proper Court for the removal of this action.

DATED: February 8, 2018         ANDERSON, McPHARLIN & CONNERS LLP


By: *s/ Gary J. Valeriano*
       Gary J. Valeriano
       Mark J. Krone
Attorneys for XL SPECIALTY INSURANCE COMPANY

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 4000, Los Angeles, California 90017-3623.

On February 8, 2018, I served the following document(s) described as **DEFENDANT XL SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Jon M. Leader, Esq.<br>Leader Counsel<br>11500 Olympic Boulevard, Suite 400<br>Los Angeles, CA  90064<br>Telephone: (310) 696-3300 | Attorneys for Plaintiff HRN Services, Inc. |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at LOS ANGELES, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 8, 2018, at LOS ANGELES, California.

_____
Jennifer Higa