**GARY J. VALERIANO (Bar No. 89644)**
  gjv@amclaw.com
**MARK J. KRONE (Bar No. 219806)**
  mk@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**707 Wilshire Boulevard**
**Suite 4000**
**Los Angeles, California 90017-3623**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant XL SPECIALTY INSURANCE COMPANY**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HRN SERVICES INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>XL SPECIALTY INSURANCE COMPANY, an Illinois corporation, doing business in California; DOES 1 to 20, inclusive,<br><br>          Defendants. | Case No. 2:18-cv-01085-R-PJWx<br><br>**DEFENDANT XL SPECIALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT** |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant XL SPECIALTY INSURANCE COMPANY ("Defendant") answers the Complaint of Plaintiff HRN SERVICES INC. ("Plaintiff"). If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO COMPLAINT

1.    Answering Paragraph 1, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 1 further contains legal conclusions and argument as to which no response is required.

/ / /

1814581.1 05910-004

---

2.      Answering Paragraph 2, Defendant admits that XL has offices and conducts business in California.  Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

3.      Answering Paragraph 3, this Paragraph does not contain allegations against Defendant and no response is necessary. To the extent a response to this Paragraph is necessary, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 3 further contains legal conclusions and argument as to which no response is required.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

4.      Answering Paragraph 4, Defendant repeats and realleges each and every admission and denial contained in Paragraphs 1 through 3 of this Answer as though fully set forth herein.

5.      Answering Paragraph 5, Defendant admits the allegations contained therein.

6.      Answering Paragraph 6, Defendant admits the allegations contained therein.

7.      Answering Paragraph 7, Defendant admits that Plaintiff requested reimbursement of premium and reduction of its letter of credit.  Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

8.      Answering Paragraph 8, Defendant denies each and every allegation contained therein.

9.      Answering Paragraph 9, Defendant denies each and every allegation contained therein.

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

10.  Answering Paragraph 10, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate affirmative defenses to the Complaint and to the purported causes of action set forth therein.  Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

11.  As a separate and first affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges that the Complaint fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

### (Accord and Satisfaction)

12.  As a separate and second affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that an accord and satisfaction was made between Plaintiff and Defendant.

### THIRD AFFIRMATIVE DEFENSE

### (All Obligations Performed)

13.  As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Defendant has fully and/or substantially performed any and all obligations it may have had to Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

### (Arbitration Clause)

14.  As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that to the extent

/ / /

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

TEL (213) 688-0080 • FAX (213) 622-7594

1 Plaintiff is relying upon any contracts attached as exhibits to its Complaint for its
2 claims, such claims appear to be subject to an arbitration clause.

### FIFTH AFFIRMATIVE DEFENSE

### (Breach of Contract)

15.    As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that that any obligations owed by it under any alleged contract were excused by Plaintiff's breach of the alleged contract.

### SIXTH AFFIRMATIVE DEFENSE

### (Failure of Condition)

16.    As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that by virtue of the acts of Plaintiff, and/or the persons and/or entities acting on its behalf, Plaintiff is barred from prosecuting the purported causes of action set forth in the Complaint because of a failure of Plaintiff, and/or the persons and/or entities acting on its behalf, to perform all or any conditions, whether precedent, concurrent and/or subsequent, covenants, and/or promises on their part to be performed as between the parties herein.

### SEVENTH AFFIRMATIVE DEFENSE

### (Performance Excused)

17.    As a separate and seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Defendant was excused from any performance due from it to Plaintiff under any of the alleged contracts.

/ / /

/ / /

/ / /

/ / /

1    WHEREFORE, Defendant prays for relief as follows:

2    1.    That the Complaint be dismissed, with prejudice and in its entirety;

3    2.    That Plaintiff take nothing by reason of this Complaint and that

4    judgment be entered against Plaintiff and in favor of Defendant;

5    3.    That Defendant be awarded attorneys' fees and costs incurred in

6    defending this action; and

7    4.    That Defendant be granted such other and further relief as the Court

8    may deem just and proper.

9

10    DATED: May 11, 2018          ANDERSON, McPHARLIN & CONNERS LLP

11

12

13          By:  /s/ Mark J. Krone

14                  Gary J. Valeriano

15                  Mark J. Krone

16          Attorneys for Defendant XL SPECIALTY
            INSURANCE COMPANY

17

18

19

20

21

22

23

24

25

26

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1814581.1 05910-004

DEFENDANT XL SPECIALTY INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT