Edward E. Sipes, Esq. (SBN 172453)
Scott J. Sterling, Esq. (SBN 221981)
Jennifer P. Taton, Esq. (SBN 287747)
CHRISTENSEN HSU SIPES LLP
1629 Cravens Avenue
Torrance, CA 90501
Tel. (310) 222-8607 / Fax (310) 222-8680
Ed@chs.law
Scott@chs.law
JenniferT@chs.law

Attorneys for Defendant
GALLAGHER BASSETT SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVSION

| | |
|---|---|
| HRN SERVICES INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XL SPECIALTY INSURANCE COMPANY, an Illinois corporation, doing business in California; DOES 1 to 20, inclusive,<br><br>Defendants. | **Case No.: CV-18-1085-R (lead)**<br>Consolidated with CV-18-1164-R<br><br>**NOTICE OF LODGMENT OF [PROPOSED] JUDGMENT**<br><br>Action filed: January 2, 2018 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Defendant, GALLAGHER BASSETT SERVICES, INC., hereby lodges the attached Proposed Judgment.

Dated: January 17, 2019              CHRISTENSEN HSU SIPES, LLP

                              By:       /s/ Jennifer P. Taton
                                  Edward E. Sipes, Esq.
                                  Scott J. Sterling, Esq.
                                  Jennifer P. Taton, Esq.
                                  Attorneys for Defendant
                                  GALLAGHER BASSETT SERVICES, INC.

-1-