Edward E. Sipes, Esq. (SBN 172453)
Scott J. Sterling, Esq. (SBN 221981)
Jennifer P. Taton, Esq. (SBN 287747)
CHRISTENSEN HSU SIPES LLP
1629 Cravens Avenue
Torrance, CA 90501
Tel. (310) 222-8607 / Fax (310) 222-8680
Ed@chs.law
Scott@chs.law
JenniferT@chs.law

Attorneys for Defendant
GALLAGHER BASSETT SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVSION

| | |
|---|---|
| HRN SERVICES INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>XL SPECIALTY INSURANCE COMPANY, an Illinois corporation, doing business in California; DOES 1 to 20, inclusive,<br><br>Defendants. | **Case No.: CV-18-1085-R (lead)**<br>Consolidated with CV-18-1164-R<br><br>**JUDGMENT**<br><br>Action filed: January 2, 2018 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant GALLAGHER BASSETT SERVICES, INC.'s ("GB") Motion for Summary Judgment as to the Complaint filed by Plaintiff HRN SERVICES INC. ("HRN") was taken under submission on December 10, 2018 by the Honorable Manuel Real, District Judge Presiding.

Pursuant to the January 7, 2019 Order granting GB's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that HRN shall take nothing, that HRN's claims against GB are all dismissed with prejudice, that GB shall have judgment entered against HRN on all claims, and that GB shall recover its costs.

Dated: January 30, 2019

_____
United States District Judge

-1-